# FREDRICK J. SHERMAN

## *v.*

## WILLIAM SKINNER.

PRACTICE—*finding of court below can not be questioned, unless exceptions are taken in that court.* Where a cause is tried by the court, by consent of parties, without a jury, the finding of the court can not be questioned on appeal, unless the record shows that exceptions were taken thereto in that court, or the question of the fitness of the finding is in some mode brought before this court.

APPEAL from the Circuit Court of Cook county; the Hon. LAMBERT TREE, Judge, presiding.

Messrs. VALLETTE & GARDNER, for the appellant.

Messrs. BENNETT & SHERBURNE, for the appellee.

Mr. JUSTICE DICKEY delivered the opinion of the Court:

This was an action, brought by Skinner, against Sherman, before a justice of the peace, and, on appeal in the circuit court, was tried by the court, by consent of parties, without a jury, and the court found for plaintiff, and gave judgment for $140, and Sherman brings the record here by appeal.

The errors assigned are, first, that the finding is contrary to the evidence; and, secondly, that the finding of the court below is contrary to law.

All the evidence is preserved by bill of exceptions, so called. But there is nothing in the record showing that the appellant took exception to the finding of the court below. Nor is the question of the fitness of the finding of the court below brought before this court in any other mode. Without this, appellant can not question the finding in this court.

The judgment must be affirmed.

*Judgment affirmed.*